UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CR-147-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DOMINIQUE BERNARD TOWNES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release. (#57).

Having reviewed Defendant's Motion, the Court finds that a response from the Government is needed to fully consider their merits. Consequently, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release within 20 days of the entry of this Order.

Signed: May 13, 2022

Max O. Cogburn Jr.
United States District Judge